[No. 31655-2-II.  Division Two.  April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. SOKCHEA MAY PEN, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 03-1-02319-1, Robert L. Harris, J., entered April 16, 2004. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Quinn-Brintnall, C.J., and Bridgewater, J.

[No. 32583-7-II.  Division Two.  April 11, 2006.]

THE STATE OF WASHINGTON, *Appellant,* v. MICHAEL WAYNE TRUITT, *Respondent.*

Appeal from a judgment of the Superior Court for Cowlitz County, No. 04-1-01126-1, Stephen M. Warning, J., entered December 1, 2004. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Houghton and Penoyar, JJ.

[No. 32709-1-II.  Division Two.  April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. JONATHAN KEITH BOLDEN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-04443-3, Frank Cuthbertson, J., entered December 29, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J.

[No. 32882-8-II.  Division Two.  April 11, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. MARTY JOE MULLINS, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 03-1-00611-9, Richard L. Brosey, J., entered February 14, 2005. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Armstrong and Penoyar, JJ.